UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re                                                         :     Chapter 11
                                                              :
DITECH HOLDING CORPORATION, ET                                :     Case No. 19-10412 (JLG)
AL                                                            :
                                                              :
                    Debtor.                                   :     (Jointly Administered)
                                                              :
                                                              :
------------------------------------------------------------- x

### ORDER (I) ENTERING FINAL DECREE CLOSING
### SUBSIDIARY CASES AND (II) GRANTING RELATED RELIEF

This matter coming before the Court on the Motion, dated December 2, 2021 (the "**Motion**"),[1] of Ditech Holding Corporation and its debtor affiliates (excluding Reorganized RMS) (collectively, the "**Wind Down Estates**"), pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Rule 3022-1, for entry of an order (i) of a final decree closing the Subsidiary Cases, and (ii) granting related relief, all as more fully described in the Motion; and the Court having reviewed the Motion and no objections having been filed; and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and Article XI of the Plan, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (c) notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; **IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. Pursuant to section 350(s) of the Bankruptcy Code and Bankruptcy Code

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or the *Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors* (ECF No. 1404) (the "**Plan**"), as applicable.

Rule 3022, each of the following Cases are hereby **CLOSED** effective as of the entry of this Order:

| Case No. | Debtor |
|---|---|
| 19-10411 | Green Tree Credit LLC |
| 19-10413 | DF Insurance Agency LLC |
| 19-10414 | Ditech Financial LLC |
| 19-10415 | Green Tree Credit Solutions LLC |
| 19-10416 | Green Tree Insurance Agency of Nevada, Inc. |
| 19-10417 | Green Tree Investment Holdings III LLC |
| 19-10418 | Green Tree Servicing Corp. |
| 19-10419 | Marix Servicing LLC |
| 19-10420 | Mortgage Asset Systems, LLC |
| 19-10421 | REO Management Solutions, LLC |
| 19-10422 | Reverse Mortgage Solutions, Inc. [2] |
| 19-10423 | Walter Management Holding Company LLC |
| 19-10424 | Walter Reverse Acquisition LLC |

3.      The case of Ditech Holding Corporation (Case No. 19–10412 (JLG)) (the "**Remaining Wind Down Estate**"), shall remain open pending further order of this Court and, from and after the date of entry of this order and final decree, all motions, notices and other pleadings relating to any of the Wind Down Estates shall be filed in that case.

4.      The Court shall enter this order and final decree individually on each of the dockets of the above-captioned chapter 11 cases and each of the dockets of the Subsidiary Cases shall be marked as "Closed."

5.      The Wind Down Estates are authorized to take all actions necessary to effectuate the relief granted pursuant to this order and final decree in accordance with the Motion.

6.      All contested matters or adversary proceedings that have been filed or that may be filed in the future shall be administered in the Remaining Wind Down Estate's chapter 11 case, notwithstanding the fact that such contested matters or adversary proceedings may be

---

[2]  Pursuant to the Reverse Stalking Horse Purchase Agreement, the equity of three Debtor entities—Mortgage Asset Systems, LLC, REO Management Solutions, LLC, and Reverse Mortgage Solutions, Inc.—was purchased by the Reverse Stalking Horse Purchaser on September 30, 2019.

asserted on behalf of or against any Wind Down Estate in the Subsidiary Cases. For the avoidance of doubt, objections to, and resolutions of, Claims shall be administered and heard in the case of the Remaining Wind Down Estate, and Ditech Holding Corporation shall be deemed to be the Debtor all Claims are filed against. Nothing in this order and final decree shall affect the substantive rights of any party in interest, including the Wind Down Estates in the Subsidiary Cases, the GUC Recovery Trust, and, or, the Consumer Representative. The Court shall retain jurisdiction as is provided for in the Plan.[3]

7.  From and after the date of entry of this order and final decree, any disbursements made pursuant to the Plan by any of the Wind Down Estates on account of claims arising prior to the Effective Date shall be reflected in Remaining Wind Down Estate's post-confirmation quarterly reports regardless of which Debtor or Wind Down Estate is responsible for such claims.

8.  The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement or interpretation of this order.

Dated:   February 19, 2022
         New York, New York

/s/ *James L. Garrity, Jr.*
THE HONORABLE JAMES L. GARRITY JR.
UNITED STATES BANKRUPTCY JUDGE

---

[3] For the avoidance of doubt, all statements, representations and reservations of rights included in paragraph 7 **6** of this order and final decree shall apply to the *Motion for Relief from Stay and/or Plan Injunction* filed on behalf of Mr. Jamil George Rabadi on January 3, 2022 (ECF No. 3839), and furthermore, the granting, issuance or entry of this order and final decree is not intended to and shall not in any way prejudice said motion or any of Mr. Rabadi's rights thereunder. **[JLG].**